**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Okoli,<br><br>  Plaintiff,<br><br>vs.<br><br>City of Mesa, et al.,<br><br>  Defendants. | No. CV10-0176 PHX DGC<br><br>**ORDER** |

On January 26, 2010, Plaintiff Sean Okoli filed his initial complaint (Doc. 1). On May 20, 2010, the Court entered a case management order setting deadlines in this case (Doc. 17). On June 23, 2010, Plaintiff filed a motion to amend (Doc. 19). Defendants Nicholas Webster and the City of Mesa do not oppose the motion (Docs. 21, 22). Defendants note, however, that the amended complaint raises new allegations against Defendants. Defendants request the Court to "set a telephonic status conference to address Rule 16 discovery issues after November 1, 2010" (Doc. 21 at 1-2). The Court will grant Plaintiff's motion to amend (Doc. 19) and will set a telephonic status conference with the parties for **August 10, 2010 at 10:30 a.m.**

**IT IS ORDERED:**

1. Plaintiff's motion to amend (Doc. 19) is **granted**.

2. The Court shall hold a telephonic status conference with the parties on **August 10, 2010 at 10:30 a.m.**

DATED this 16th day of July, 2010.

_____
David G. Campbell
United States District Judge